# Court of Appeals
# of the State of Georgia

ATLANTA,　August 15, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0480.  ERICK WILLIAMS v. JIMMY COLSON.**

Erick Williams has applied to this Court for discretionary review of the denial of his petition for writ of habeas corpus.  Under our Constitution, however, the Supreme Court has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/15/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*